MARK S. POSARD (SBN: 208790)
MOLLIE M. BURKS (SBN: 222112)
KARA D. KEISTER (SBN: 250260)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
mposard@grsms.com
mburks@grsm.com
kkeister@grsm.com

Attorneys for Defendant
CARE.COM, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GWENICE GARNETT, | Case No. 2:17-cv-00736-MCE-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| vs. | |
| CARE.COM, INC. a Delaware corporation; and DOES 1-25 inclusive, | |
| Defendants. | (SCSC Case No. 34-2017-00207644-CU-WT-GDS) |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: October 4, 2017

/s/ Renee N. Parras
RENEE N. PARRAS, Attorney for Plaintiff

/s/ Kara D. Keister
KARA D. KEISTER, Attorney for Defendant

IT IS SO ORDERED.

Dated: October 6, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

Stipulation and Order to Elect Referral of Action to Voluntary Dispute Resolution Program
(VDRP) Pursuant To Local Rule 271     Case No. 2:17-CV-00736-MCE-KJN

1134133/35136780v.1