James A. Clark (SBN 278372)
james.clark@towerlegalgroup.com
Renee N. Parras (SBN 283441)
renee.parras@towerlegalgroup.com
**TOWER LEGAL GROUP, P.C.**
1510 J Street, Suite 125
Sacramento, CA 95814
Tel: (916) 361-6009
Fax: (916) 361-6019

Attorneys for Plaintiff
GWENICE GARNETT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GWENICE GARNETT,<br><br>    Plaintiff,<br><br>v.<br><br>CARE.COM, INC., a Delaware corporation; and DOES 1-25, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-00736-MCE-KJN<br><br>[*Removed from Sacramento County Superior Court Civil Case No. 34-2017-00207644*]<br><br>Hon. Morrison C. England<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE VOLUNTARY DISPUTE RESOLUTION (VDRP) PURSUANT TO LOCAL RULE 271(j); AND ORDER GRANTING EXTENSION**<br><br>Complaint Filed: February 7, 2017<br>Removal Date: April 5, 2017<br>Trial Date: None |

    WHEREAS the parties have agreed to participate in the Voluntary Dispute Resolution Program ("VDRP") and neutral, Bruce Kilday, Esq. was selected on October 27, 2017. Pursuant to Local Rule 271(j), the parties are required to hold the VDRP session no more than 91 days after the selection of the neutral (by January 26, 2018). The parties were contacted by Mr. Kilday on November 30, 2017 and asked to provide available dates in January 2018 from January 10th onward. The parties met and conferred and agreed to participate in a VDRP session on **February 1, 2018**. Accordingly, the parties hereby stipulate and respectfully request that the deadline within

which to hold the VDRP session be extended to **February 1, 2018.** This is the parties' first request for an extension of time to participate in VDRP.

DATED: December 6, 2017　　　　**TOWER LEGAL GROUP, P.C.**

By: 　/s/ Renee N. Parras
　　　RENEE N. PARRAS
　　　Attorneys for Plaintiff, GWENICE GARNETT

DATED: December 6, 2017　　　　**GORDON & REES, LLP**

By: 　/s/ Kara D. Keister
　　　KARA D. KEISTER
　　　Attorneys for Defendant, CARE.COM

**IT IS SO ORDERED.**

**Dated: December 11, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME TO COMPLETE VOLUNTARY DISPUTE RESOLUTION (VDRP) PURSUANT TO LOCAL RULE 271(i);