JAMES A. CLARK, SBN 278372
RENEE N. PARRAS, SBN 283441
TOWER LEGAL GROUP, P.C.
1510 J Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 361-6009
Facsimile: (916) 361-6019
Email: james.clark@towerlegalgroup.com
       renee.parras@towerlegalgroup.com

Attorneys for Plaintiff
KATHLEEN WILLIAMS


MARK S. POSARD (SBN 208790)
KARA D. KEISTER (SBN 250260)
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 986-5900
Fax: (415) 986-8054

Attorneys for Defendant
CARE.COM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENICE GARNETT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CARE.COM, INC, a Delaware corporation; and DOES 1-25, inclusive,<br>　　　　Defendants. | Case No.: 2:17-cv-00736-MCE-KJN<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Gwenice Garnett and defendant Care.com, Inc. hereby stipulate to a dismissal of this entire action, with prejudice, each party to bear its own attorney's fees and costs.

DATED: June 28, 2018         TOWER LEGAL GROUP P.C.

/s/ Renee N. Parras

_____
JAMES A. CLARK
RENEE N. PARRAS
Attorneys for Plaintiff
GWENICE GARNETT

DATED: June 28, 2018         GORDON & REES, LLP

/s/ Kara D. Keister

_____
MARK S. POSARD
KARA D. KEISTER
Attorneys for Defendant

## **ORDER**

Based on the parties' stipulation, and good cause appearing, this action is hereby dismissed in its entirety, with prejudice, each party to bear its own attorney's fees and costs. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

**Dated:  June 28, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE